06/20/2016 15:01   4105851073                CBIF WARRANTS                           PAGE  03/10
              From: ymous     Page: 3/5    Date: 8/20/2016 2:45...



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

UNITED STATES OF AMERICA                          CRIMINAL NO. 2016 CMD 003805

vs.                                               ISSUED BY: RHONDA REID WINSTON

SHAWN WILSON

## BENCH WARRANT

May be served at any place within the jurisdiction of the United States
*Unless Specified Otherwise Below*

TO: The United States Marshal for the Superior Court of America or any other authorized federal officer or the Chief of Police for the District of Columbia.

GREETINGS; YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before this Court or other Court enumerated in 18 U.S.C. 3041 to answer to the charge(s) listed below.
(  ) YOU ARE FURTHER COMMANDED to execute this warrant FORTHWITH.

| BASIS FOR WARRANT AND DESCRIPTION OF CHARGES: Failure to Appear for Sentencing |
|---|
| Bail Reform Act - Misd |

*SPECIAL TERRITORIAL LIMITS ON EXECUTION OF WARRANT-THIS SECTION VALID ONLY IF COMPLETED*

Extraterritorial Service of this Warrant is limited to:
NO LIMIT

WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia under the seal of said Court on this date 4/26/2016.

BAIL FIXED BY THE COURT                    Superior Court of the District of Columbia
AT: NO BOND                         BY:  _____
                                                RHONDA REID WINSTON  Judge

| Date Received: | Return: This warrant was received and executed with the arrest of the above named person |
| Date Executed: | Signature of Arresting Officer |

06/20/2016  15:01   4105851973                    CBIF WARRANTS                                    PAGE  04/7

Fr... ...ymous    Page: 4/5    Date: 8/20/2016 2:45;    M

## PAGE 2

**CRIMINAL NO: 2016 CMD 013805**

### 18 USCS § 3041 (2012)

"For any offense against the United States, the offender may, by any justice or judge of the United States, or by any United States magistrate (United States magistrate judge), or by any chancellor, judge of a supreme or superior court, chief or first judge of common pleas, mayor of a city, justice of the peace, or other magistrate, of any state where the offender may be found, and at the expense of the United States, be arrested and imprisoned, or released as provided in chapter 207 of this title, as the case may be, for trial before such court of the United States as by law has cognizance of the offense."

### D.C. Code § 23-563(a) (2012)

"A warrant or summons for ... an offense punishable by imprisonment for more than one year issued by the Superior Court of the District of Columbia may be served at any place within the jurisdiction of the United States."

### D.C. Code § 23-563(c) (2012)

"A person arrested outside the District of Columbia on a warrant issued by the Superior Court of the District of Columbia shall be taken before a judge, commissioner, or magistrate, and held to answer in the Superior Court pursuant to the Federal Rules of Criminal Procedure as if the warrant had been issued by the United States District Court for the District of Columbia."

### D.C. Code § 23-1329(b) (2012)

"A warrant for the arrest of a person charged with violating a condition of release may be issued by a judicial officer and if such person is outside the District of Columbia he shall be brought before a judicial officer in the district where he is arrested and shall then be transferred to the District of Columbia for proceedings in accordance with this section."

### D.C. Code § 23-1329(d) (2012)

"Any warrant issued by a judge of the Superior Court for violation of release conditions or for contempt of court, for failure to appear as required, or pursuant to §23-1322(d)(7), may be executed at any place within the jurisdiction of the United States. Such warrants shall be executed by a United States marshal or by any other officer authorized by law."

### D.C. Code § 24-531.13 (2012)

"When a person has been ordered confined in a hospital for the mentally ill pursuant to this chapter and has escaped from such hospital, the court which ordered confinement shall, upon request of the government, order the return of the escaped person to such hospital. The return order shall be effective throughout the United States. Any federal judicial officer within whose jurisdiction the escaped person shall be found shall, upon receipt of the return order issued by the committing court, cause such person to be apprehended and delivered up for return to such hospital."

### D.C. Code § 24-304 (2012)

Upon the expiration of the term fixed for such probation, the probation officer shall report that fact to the court, with a statement of the conduct of the probationer while on probation, and the court may thereupon discharge the probationer from further supervision, or may extend the probation, as shall seem advisable. At any time during the probationary term the court may modify the terms and conditions of the order of probation, or may terminate such probation, when in the opinion of the court the ends of justice shall require, and when the probation is so terminated the court shall enter an order discharging the probationer from serving the imposed penalty; or the court may revoke the order of probation and cause the re-arrest of the probationer and impose a sentence and require him to serve the sentence or pay the fine originally imposed, or both, as the case may be, or any lesser sentence. If imposition of sentence was suspended, the court may impose any sentence which might have been imposed. If probation is revoked, the time of probation shall not be taken into account to diminish the time for which he was originally sentenced.

**REASON FOR ISSUANCE OF WARRANT**

Failure to Appear Generally
Failure to Appear- Witness
Failure to Appear- Sentencing
Failure to Appear- Extradition Hearing
Violation of Conditions of Release
Escape from Jail
Escape from Mental Hospital
Probation Violation

**IN VIOLATION OF**

D.C. Code § 23-1327 (2012)
D.C. Code § 23-1327 (2012)
D.C. Code § 23-1327 (2012)
D.C. Code § 23-703 (2012)
D.C. Code § 23-1329 (2012)
D.C. Code § 22-2601 (2012)
D.C. Code § 24-531.13 (2012)
D.C. Code § 24-304 (2012)

COPBW